UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TYRONE L ADAMS,

    Plaintiff,

    v.

CHARLES L EASLEY,

    Defendant.
_____/

No. C-11-01219 (DMR)

**AMENDED ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

The Initial Case Management Conference previously scheduled for June 22, 2011 at 1:30 p.m. shall be CONTINUED to **June 29, 2011 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. *See* Docket No. 2. Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the Court.

IT IS SO ORDERED.

Dated: June 1, 2011

DONNA M. RYU
United States Magistrate Judge

Case 4:11-cv-01219-SBA   Document 9   Filed 06/01/11   Page 2 of 2