UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TYRONE L. ADAMS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CHARLES L. EASLEY, et al.,<br><br>　　　　Defendants. | Case No: C 11-01219 SBA<br><br>**ORDER**<br><br>Docket 102, 101, 88, 42, 35, 27, 25. |

　　In light of the Court's Order dismissing the second amended complaint, IT IS HEREBY ORDERED THAT Docket 102, 101, 88, 42, 35, 27, and 25 are terminated as MOOT.

　　IT IS SO ORDERED

Dated: 3/19/12

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge

1

2  UNITED STATES DISTRICT COURT
   FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

4

5  TYRONE L ADAMS,

6          Plaintiff,

7     v.

8  CHARLES L EASLEY et al,

9          Defendant.
                                      /
10

11
                                    Case Number: CV11-01219 SBA
12
                                    **CERTIFICATE OF SERVICE**
13

14 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
   Court, Northern District of California.
15

16 That on March 19, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
17 said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
   located in the Clerk's office.
18

19

20

21 Tyrone L. Adams
   P.O. Box 981044
22 West Sacramento
23 West Sacramento, CA 95798

24 Dated: March 19, 2012
                                       Richard W. Wieking, Clerk
25
                                            By: Lisa Clark, Deputy Clerk
26

27

28

- 2 -