UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TYRONE L. ADAMS,<br><br>    Plaintiff,<br><br>  vs.<br><br>CHARLES L. EASLEY, et al.,<br><br>    Defendants. | Case No: C 11-01219 SBA<br><br>**ORDER**<br><br>Docket 102, 101, 88, 42, 35, 27, 25. |

In light of the Court's Order dismissing the second amended complaint, IT IS HEREBY ORDERED THAT Docket 102, 101, 88, 42, 35, 27, and 25 are terminated as MOOT.

IT IS SO ORDERED

Dated: 3/19/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TYRONE L ADAMS,

        Plaintiff,

  v.

CHARLES L EASLEY et al,

        Defendant.
_____/

Case Number: CV11-01219 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 19, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tyrone L. Adams
P.O. Box 981044
West Sacramento
West Sacramento, CA 95798

Dated: March 19, 2012

                            Richard W. Wieking, Clerk

                                    By: Lisa Clark, Deputy Clerk